# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Robin Miller Kroening, | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | Magistrate Judge |
| | |
| | Case No.: 18cv1636 (NEB/SER) |
| | Dated: August 27, 2019 |
| | Courtroom: 3C |
| | Court Reporter: |
| | Time Commenced: 10:03 a.m. |
| | Time Concluded: 10:42 a.m. |
| | Time in Court: 39 minutes |
| v. | |
| | |
| Del Monte Fresh Produce N.A., Inc., | |
| *a foreign corporation,* | |
| The Midwest's Best Produce Company, | |
| *a foreign corporation,* | |
| | |
| Defendants. | |
| | |
| Del Monte Fresh Produce N.A., Inc., | |
| *a foreign corporation,* | |
| | |
| Cross Claimant, | |
| | |
| v. | |
| | |
| The Midwest's Best Produce Company, | |
| *a foreign corporation,* | |
| | |
| Cross Defendant. | |
| | |
| The Midwest's Best Produce Company, | |
| *a foreign corporation,* | |
| | |
| Cross Claimant, | |
| | |
| v. | |

Del Monte Fresh Produce N.A., Inc.,
*a foreign corporation,*

                Cross Defendant.

The Midwest's Best Produce Company,
*a foreign corporation,*

                Third Party Plaintiff,

v.

Beachside Produce, LLC,
Fortune Growers, LLC,
CH Robinson Co., Inc.,
Ocean Mist Farms, Inc.,
VeggiFruit, Inc.,

                Third Party Defendant.

VeggiFruit, Inc.,

                Cross Claimant,

v.

Ocean Mist Farms, Inc.,
Del Monte Fresh Produce N.A., Inc.,
*a foreign corporation,*
CH Robinson Co., Inc.,
Fortune Growers, LLC,
Beachside Produe, LLC,

                Cross Defendants.

VeggiFruit, Inc.,

                Counter Claimant,

v.

The Midwest's Best Produce Company,

                Counter Defendant.

VeggiFruit, Inc.,

        Fourth Party Plaintiff,

v.

Terry & Joe Baker Farms, LLC d/b/a Baker Farms,

        Fourth Party Defendant.

## APPEARANCES:

For Plaintiff: Lindsay Lien Rinholen, Ryan Osterholm
For Del Monte: Anne T. Regan

## PROCEEDINGS:

Defendant Del Monte Fresh Produce N.A., Inc.'s Motion for Protective Order, (ECF No. 93), was submitted, argued, and ruled upon. Defendant's motion was granted in part and denied in part, consistent with the proceedings on the record. The Court also orders the parties to propose a revised discovery schedule by September 4, 2019.

☐Order to be issued   ☒No order to be issued   ☐R&R to be issued   ☐No R&R to be issued

*s/Chethana Perera*
**Signature of Law Clerk**