UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

ROBIN MILLER KROENING,

           Plaintiff,

v.

DEL MONTE FRESH PRODUCE
N.A., INC. a foreign corporation,
and THE MIDWEST BEST PRODUCE
COMPANY, a foreign corporation,

           Defendants.

And

THE MIDWEST'S BEST PRODUCE
COMPANY, a foreign corporation,

Defendant and Third-Party Plaintiff,

v.

BEACHSIDE PRODUCE, LLC,
FORTUNE GROWERS, LLC,
CH ROBINSON CO., Inc.
CALIFORNIA ARTICHOKE AND
VEGETABLE GROWERS
CORPORATION d/b/a OCEAN MIST
FARMS, INC.,

Third-Party Defendants,

And

VEGGIFRUIT, INC.,

Third-Party Defendant and Fourth-Party Plaintiff,
v.

TERRY & JOE BAKER FARMS, LLC d/b/a
BAKER FARMS,

Court File No.: 18-cv-1636 (NEB/KMM)

**MEET-AND-CONFER STATEMENT**

Fourth-Party Defendant and
Fifth-Party Plaintiff.

v.

H & W Farms, L.L.C.,
Fifth-Party Defendant.

---

  Pursuant to L.R. 7.1(a)(1)(A), counsel for Plaintiff contacted defense counsel on Thursday, February 20, 2020, prior to filing this motion, and discussed the motion with the defense on Thursday, February 20, 2020 and on Friday, February 21, 2020. The parties reached an impasse, warranting the Court's involvement. Additionally, this Motion is made under Minnesota Rules of Professional Conduct 8.3, which requires an attorney to report ethical violations to the appropriate professional authority. Upon information and belief, this Rule is not subject to meet-and-confer requirements.

Dated: <u>2/21/2020</u>        OFT LAW PLLC

                  /s/ Lindsay Lien Rinholen
                  Ryan M. Osterholm (#0390152)
                  Lindsay Lien Rinholen  (#0397560)
                  Counsel for Plaintiff
                  OFT Law PLLC
                  730 2nd Ave S. Suite 810
                  Minneapolis, MN 55402
                  Phone: (888) 828-7087
                  Fax: 888-239-0559
                  Email: ryan@oftlaw.com
                      lindsay@oftlaw.com

                  *ATTORNEYS FOR PLAINTIFF*